### SUSANNA HUNN v. EVAN LEWIS.

Court of Common Pleas. Kent. December 2, 1803.

*Rodney's Notes.*

*Clayton, Bayard* [for plaintiff]. *Vandyke, Fisher* [for defendant].

Isaac Cox, agent for plaintiff, who signed the lease on her behalf admitted as a witness in this cause after argument.

PER CURIAM. In this case, book of defendant in account against I. Cox, charged cash paid to Merrick, a stranger, without an order had been produced; [it] is no evidence as to the other part of the account. If you discover from the evidence that those articles were paid as part of the rent to the plaintiff or her agent, you will allow them, but not otherwise.